

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-31-2006

# Acands Inc v. Travelers Cslty

Precedential or Non-Precedential: Precedential

Docket No. 04-3926

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Acands Inc v. Travelers Cslty" (2006). *2006 Decisions.* Paper 1655.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1655

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 04-3926 and 04-3929
_____

ACANDS, INC.,

Appellant

v.

TRAVELERS CASUALTY
AND SURETY COMPANY


_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

District Court Judge: Honorable Petrese B. Tucker
(D.C.  Nos. 00-cv-04633 & 03-mc-00222)
_____

Argued: July 11, 2005

Before:  ALITO and BECKER, Circuit Judges, SHADUR District Judge*

(Opinion Filed: January 19, 2006)

_____

*  Honorable Milton I. Shadur, United States District Judge for the Northern District of
Illinois, sitting by designation.

## ORDER AMENDING OPINION

The opinion in the above case is hereby amended as follows: on page 6, full paragraph 3, line 7, "Act's" is amended to read "Code's"; on page 7, paragraph 2, line 8, "Act" is amended to read "Code"; and on page 8, paragraph 1, line 5, "Act" is amended to read "Code."

BY THE COURT:

/s/ Samuel A. Alito, Jr.
Circuit Judge

DATED: 31 January 2006

2